Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Michael J. Lohnes
(*will comply with LR IA 11-2 within 14 days*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693

*Attorneys for Templum Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WISE,<br><br>Plaintiff,<br><br>v.<br><br>HAIMS CAPITAL COMPANY, LTD AKA HAIMS CAPITAL, LTD, AKA HAIMS CAPITAL, INC; TEMPLUM MARKETS, LLC; TEMPLUM, INC.; CLINTON WAVERLY; FRANKLIN ASHFORD; EDWARD J. LEE; and JOSEPH MARIO RAMOS,<br><br>Defendants. | CASE NO.:   2:26-cv-00852-APG-MDC<br><br>**STIPULATION FOR EXTENSTION OF TIME**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff David Wise ("Plaintiff") and Defendants Templum Markets, LLC, Templum, Inc., Edward J. Lee, and Joseph Mario Ramos (collectively, the "Templum Defendants"), by and through their undersigned counsel where appropriate, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this matter on March 23, 2026 and the Templum Defendants were served on March 26, 2026;

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1

WHEREAS, the current deadline for the Templum Defendants to answer or otherwise plead in response to the Complaint is April 16, 2026.  This deadline has not yet expired;

WHEREAS, this is the first stipulation for extension of time for the Templum Defendants to answer or otherwise plead in response to Plaintiff's Complaint;

WHEREAS, the parties have conferred and agreed to extend the deadline for the Templum Defendants to answer or otherwise plead in response to Plaintiff's Complaint by thirty (30) days to May 18, 2026;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and the Templum Defendants, by their undersigned counsel, that the Templum Defendants shall have up to and including May 18, 2026 to answer or otherwise plead in response to Plaintiff's Complaint.

DATED: April 15, 2026

By:  ___/s/ *David Wise*___
David Wise
legal@davidwise.us

*Plaintiff, Pro Se Litigant*

By: */s/ Debra L. Spinelli*___
Debra L. Spinelli, Esq. #9695
Pisanelli Bice PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (240) 381-1365
dls@pisanellibice.com

Michael J. Lohnes (*pro hac vice forthcoming*)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5341
michael.lohnes@katten.com

*Counsel for the Templum Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4-22-26

2:26-cv-00852-APG-MDC

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2