AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-00852-APG-MDC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **TEMPLUM MARKETS, LLC**
was received by me on **3/26/2026:**

☐ I personally served the **CIVIL COVER SHEET; SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **COGENCY GLOBAL, INC**, who is designated by law to accept service of process on behalf of **TEMPLUM MARKETS, LLC** at **850 New Burton Rd Ste 201, Dover, DE 19904** on **03/26/2026 at 11:27 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00.**

I declare under penalty of perjury that this information is true.

Date: 03/26/2026

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 1 1 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy**
**Lewes, DE 19958**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL COVER SHEET; SUMMONS; COMPLAINT, to COGENCY GLOBAL, INC, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses and a tattoo. Successfully served Teresa Grandison was the authorized individual.**

Tracking #: **0215338297**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-00852-APG-MDC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **HAIMS CAPITAL, INC** was received by me on **3/25/2026:**

☐ I personally served the **CIVIL COVER SHEET; SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **QUICKER BUSINESS SOLUTIONS**, who is designated by law to accept service of process on behalf of **HAIMS CAPITAL, INC** at **1500 N Grant St Ste R, Denver, CO 80203** on **03/26/2026 at 9:49 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date: 03/26/2026

FILED ✓   ENTERED   RECEIVED   SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 11 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

Disera Wyatt
*Server's signature*

**Disera Wyatt**
*Printed name and title*

**12444 E Tennessee Cir., Apt C**
**Aurora, CO 80012**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL COVER SHEET; SUMMONS; COMPLAINT, to QUICKER BUSINESS SOLUTIONS, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Sherry Peters**

Tracking #: 0215342189

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-00852-APG-MDC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **HAIMS CAPITAL COMPANY, LTD**
was received by me on **3/25/2026:**

☐ I personally served the **CIVIL COVER SHEET; SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[X] I served the summons on **QUICKER BUSINESS SOLUTIONS**, who is designated by law to accept service of process on behalf of **HAIMS CAPITAL COMPANY, LTD** at **1500 N Grant St Ste R, Denver, CO 80203** on **03/26/2026 at 9:48 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date: 03/26/2026

Disera Wyatt
*Server's signature*

**Disera Wyatt**
*Printed name and title*

**12444 E Tennessee Cir., Apt C**
**Aurora, CO 80012**

*Server's address*

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 1 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL COVER SHEET; SUMMONS; COMPLAINT, to QUICKER BUSINESS SOLUTIONS, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Sherry Peters**

Tracking #: 0215342064