**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WISE, | Case No.: 2:26-cv-00852-APG-MDC |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 15] |
| HAIMS CAPITAL COMPANY, LTD., et al., | |
| Defendants | |

I ORDER that defendants Templum Markets, LLC; Templum, Inc.; Edward J. Lee, and Joseph Mario Ramos' motion to dismiss (ECF No. 15) is GRANTED as unopposed. LR 7-2(d). Plaintiff David Wise's claims against these defendants are dismissed without prejudice.

DATED this 6th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE